*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00024-CV

Anthony S. **JASPER**, Jr.,
Appellant

v.

Latoya Yvette **CANADY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-14263
The Honorable Joe Frazier Brown Jr., Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  January 26, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court signed an order dismissed the underlying cause for want of prosecution on October 16, 2007. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on November 15, 2007. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on November 30, 2007. *See* TEX. R. APP. P. 26.3. Appellant filed a notice of appeal in this court on January 10, 2011 which is

deemed to have been filed the same day in the trial court. TEX. R. APP. P. 25.1(a). Appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id*. Because appellant did not file a timely notice of appeal, this court does not have jurisdiction to consider his appeal. *See id*. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM